**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| MONZER AL KASSAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | 2:13-cv-166-JMS-WGH |
| | ) | |
| JOHN C. OLIVER, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**Entry and Order Dismissing Action**

**I.**

Monzer Al Kassar, an inmate at the Federal Correctional Institution in Terre Haute, Indiana, alleges in this petition for writ of habeas corpus that he is being prevented from communicating with his co-defendant despite an order of the United States District Court for the Nothern District of Alabama that he be allowed to do so.

Habeas corpus review is available only Awhere the deprivation of rights is such that it necessarily impacts the fact or length of detention.@ *Leamer v. Fauver,* 288 F.3d 532, 540 (3d Cir. 2002). This means, in part, that a challenge to the conditions of confinement may not be brought pursuant to 28 U.S.C. ' 2241. *Graham v. Broglin,* 922 F.2d 379, 381 (7th Cir. 1991); *Falcon v. U.S. Bureau of Prisons,* 52 F.3d 137, 138-39 (7th Cir. 1995).

Because Kassar's petition for writ of habeas corpus challenges the conditions of his confinement, not the fact or length of his detention, his habeas petition is **summarily dismissed**.

## II.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED**.

Date: 06/03/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Monzer Al Kassar
61111-054
Terre Haute FCI
P.O. Box 33
Terre Haute, IN 47808